IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ANGELA M. ARMSTRONG                                                                    PLAINTIFF

VS.                                                            CIVIL ACTION NO. 3:08CV107-DPJ-JCS

ABILITY WORKS                                                                         DEFENDANT

JUDGMENT

Based on Plaintiff's failure to comply with Magistrate Judge Sumner's orders, along with her failure to prosecute, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 9th day of December, 2008.

                                           s/ *Daniel P. Jordan III*
                                           UNITED STATES DISTRICT JUDGE